# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TIMOTHY SAMUELSN**
on behalf of NORRIS D. SAMUELSON, JR.,                                          **PLAINTIFF**

v.                 **Case No. 4:20-cv-00198-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition from United States Magistrate Judge Jerome Kearney (Dkt. No. 19). Timothy Samuelson, on behalf of Norris D. Samuelson, Jr., filed an objection to the Recommended Disposition (Dkt. No. 20). After reviewing the Recommended Disposition and the objection, and after conducting a *de novo* review of the record, the Court adopts the Recommended Disposition as its findings of fact and conclusions of law (Dkt. No. 19).

The Court concludes that there is substantial evidence to support the Commissioner's decision to deny benefits, and the Court affirms the decision that Norris D. Samuelson, Jr., was not disabled within the meaning of the Social Security Act. The Court dismisses with prejudice this case.

It is so ordered this the 13th day of September, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge