IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY SAMUELSN
on behalf of NORRIS D. SAMUELSON, JR.,                                          PLAINTIFF

v.                      Case No. 4:20-cv-00198-KGB

SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The Court affirms the decision that Norris D. Samuelson, Jr., was not disabled within the meaning of the Social Security Act, and the request for relief is denied.

So adjudged this 13th day of September, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge